MARSHA JONES MOUTRIE, City Attorney
LANCE S. GAMS, Chief Deputy City Attorney
Bar No.: 125487
CAROL ANN ROHR, Deputy City Attorney
Bar No. 90012
carol.rohr@smgov.net
1685 Main Street, Room 310
Santa Monica, California 90401
Telephone: (310) 458-8335
Facsimile:  (310) 451-5862

Attorneys for Defendants
CITY OF SANTA MONICA. OFFICER E. NAVARRO,
OFFICER R. FUJITA and POLICE CHIEF JACQUELINE SEABROOKS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN L. PALMER, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF SANTA MONICA, OFFICER E. NAVARRO #3296, in his official and individual capacity, OFFICER R. FUJITA #3338, in his official and individual capacity, CITY OF SANTA MONICA CHIEF OF POLICE JACQUELINE SEABROOKS, in her official and individual capacity, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.: 15-CV-06183-SJO-JC<br>Honorable S. James Otero<br><br>**MODIFIED ORDER ON FIRST STIPULATION FOR PROTECTIVE ORDER RE: CONFIDENTIAL TRAINING RECORDS FOR OFFICER E. NAVARRO AND OFFICER R. FUJITA** |

Plaintiff JUSTIN L. PALMER , and defendants CITY OF SANTA MONICA, OFFICER E. NAVARRO, OFFICER R. FUJITA, and CITY OF SANTA MONICA CHIEF OF POLICE JACQUELINE SEABROOKS, through their attorneys of record, have stipulated and agreed, that certain documents and records, and the information contained therein, shall be designated as CONFIDENTIAL, for the reasons and under the terms set forth in the FIRST STIPULATION FOR PROTECTIVE ORDER RE: CONFIDENTIAL TRAINING RECORDS FOR OFFICER E. NAVARRO AND OFFICER R. FUJITA filed on January 29, 2016.

Having read the FIRST STIPULATION FOR PROTECTIVE ORDER RE: CONFIDENTIAL TRAINING RECORDS FOR OFFICER E. NAVARRO AND OFFICER R. FUJITA entered into by the parties, and based upon the assertions and stipulations therein, and good cause appearing, this Order shall apply to protect from unauthorized disclosure the CONFIDENTIAL information set forth in said FIRST STIPULATION FOR PROTECTIVE ORDER, **with the following modifications (reflected in bold)**:

1. The first sentence of Paragraph I(b) is modified to read as follows:  "The designation of information as CONFIDENTIAL shall not be considered conclusive or binding on any party, and such designation may be contested by noticed motion **(in accordance with the procedures set forth in Local Rules 37-1, et seq.),** at any time **consistent with the District Judge's scheduling orders**."

2. The last sentence of Paragraph I(b) is modified to read as follows:  "In no event **should a receiving party produce or disclose CONFIDENTIAL information** without written approval by the party that disclosed the CONFIDENTIAL information unless required by **law or** Court order, of which the party disclosing the CONFIDENTIAL information has been given prior notice **by the receiving party**."

3. The third sentence of Paragraph I(c) is modified to read as follows: "CONFIDENTIAL material and information derived from CONFIDENTIAL material shall be used only as reasonably necessary for preparation of mediation briefs, arbitration briefs, and/or trial of this action, including use at depositions and in support of motions as further set forth in this Stipulation, and, including any appeal or retrial, and**, absent further Court Order,** shall not be used for any other purpose, including, without limitation, any other litigation or proceeding, or any business, or governmental purpose or function."

4. Paragraph I(f) is modified to read as follows:  **"If a receiving party wishes to file with the court documents which contain information designated as CONFIDENTIAL by another party, the receiving party shall comply with Local Rule 79-5.2.2(b) (effective December 1, 2015) and Paragraph 28 of the Initial Standing Order for Cases Assigned to Judge S. James Otero (Docket No. 17), with the latter governing to the extent there is any variance between the two.**"

5. The last sentence of Paragraph I(j) is modified to read as follows:   "In addition, the parties agree to cooperate in **seeking to obtain** from the Clerk of this Court all documents, transcripts, exhibits and any other materials containing information designated as CONFIDENTIAL that have been filed with this Court and **seeking to secure** their return to the producing party or destroying them as set forth above."

6. Exhibit A is modified to replace "STIPULATION FOR PROTECTIVE ORDER ('Protective Order')" with **"FIRST STIPULATION FOR PROTECTIVE ORDER RE:  CONFIDENTIAL TRAINING RECORDS FOR OFFICER E. NAVARRO AND OFFICER R. FUJITA and MODIFIED ORDER ON FIRST STIPULATION FOR PROTECTIVE ORDER RE: CONFIDENTIAL TRAINING RECORDS FOR OFFICER E. NAVARRO AND OFFICER R. FUJITA (collectively 'Protective Order')."**

**IT IS SO ORDERED**.

DATED:  February 18, 2016                      _____/s/_____
                                               Honorable Jacqueline Chooljian
                                               United States Magistrate Judge