MARSHA JONES MOUTRIE, City Attorney
LANCE S. GAMS, Chief Deputy City Attorney
Bar No.: 125487
CAROL ANN ROHR, Deputy City Attorney
Bar No. 90012
carol.rohr@smgov.net
1685 Main Street, Room 310
Santa Monica, California 90401
Telephone: (310) 458-8335
Facsimile:  (310) 451-5862

Attorneys for Defendants
CITY OF SANTA MONICA. OFFICER R. NAVARRO,
OFFICER R. FUJITA and POLICE CHIEF JACQUELINE SEABROOKS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN L. PALMER, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF SANTA MONICA, OFFICER E. NAVARRO #3296, in his official and individual capacity, OFFICER R. FUJITA #3338, in his official and individual capacity, CITY OF SANTA MONICA CHIEF OF POLICE JACQUELINE SEABROOKS, in her official and individual capacity, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.: 15-CV-06183-SJO-JC<br>Honorable S. James Otero<br><br>**MODIFIED ORDER ON STIPULATION FOR PROTECTIVE ORDER RE: CONFIDENTIAL TESTIMONY BY DR. JAMES E. ROSENBERG IN THE MATTER OF** *PALMER V. CITY OF SANTA MONICA, ET AL.*<br><br>**(filed concurrently with Stipulation for Protective Order Re: Confidential Testimony by Dr. James E. Rosenberg in the Matter of** *Palmer v. City of Santa Monica, et. al.*)<br><br>**[FOR CONSIDERATION BY THE HONORABLE JACQUELINE CHOOLJIAN, MAGISTRATE JUDGE]** |

　　　　Plaintiff JUSTIN L. PALMER , and defendants OFFICER E. NAVARRO, OFFICER R. FUJITA, and CITY OF SANTA MONICA, through their attorneys of record, and Dr. James E. Rosenberg and his attorney of record, have stipulated and agreed, that certain deposition testimony by Dr. James Rosenberg of July 14, 2016, as set forth in the Stipulation for Protective Order paragraph (1), as well as, certain deposition testimony by Dr. James Rosenberg when his deposition is resumed, as set

forth in the Stipulation for Protective Order paragraphs (2) and (3), shall be designated as CONFIDENTIAL, for the reasons and under the terms set forth in the STIPULATION FOR PROTECTIVE ORDER RE: CONFIDENTIAL TESTIMONY BY DR. JAMES E. ROSENBERG IN THE MATTER OF *PALMER V. CITY OF SANTA MONICA, ET AL.*,

    Having read the STIPULATION FOR PROTECTIVE ORDER RE: CONFIDENTIAL TESTIMONY BY DR. JAMES E. ROSENBERG IN THE MATTER OF *PALMER V. CITY OF SANTA MONICA, ET AL.*, entered into by the parties, through their attorneys of record, and Dr. James Rosenberg and his attorney of record, and based upon the assertions and stipulations therein, and good cause appearing, this Order shall apply to protect from unauthorized disclosure the CONFIDENTIAL testimony set forth in said STIPULATION FOR PROTECTIVE ORDER.

    **IT IS SO ORDERED**.

DATED: August 16, 2016            _____/s/_____

                                      Honorable Jacqueline Chooljian
                                      U.S. MAGISTRATE JUDGE