MARSHA JONES MOUTRIE, City Attorney
LANCE S. GAMS, Chief Deputy City Attorney
Bar No.: 125487
CAROL ANN ROHR, Deputy City Attorney
Bar No. 90012
carol.rohr@smgov.net
1685 Main Street, Room 310
Santa Monica, California 90401
Telephone: (310) 458-8335
Facsimile:  (310) 451-5862

Attorneys for Defendants
OFFICER E. NAVARRO and OFFICER R. FUJITA

JS-6

FILED
CLERK, U.S. DISTRICT COURT

October 25, 2016.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN L. PALMER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SANTA MONICA, OFFICER E. NAVARRO #3296, in his official and individual capacity, OFFICER R. FUJITA #3338, in his official and individual capacity, CITY OF SANTA MONICA CHIEF OF POLICE JACQUELINE SEABROOKS, in her official and individual capacity, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 15-CV-06183-SJO-JC<br><br>Honorable S. James Otero<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based on the STIPULATION TO DISMISS ACTION WITH PREJUDICE entered into by the parties, Plaintiff, JUSTIN PALMER, and Defendants, OFFICER R. FUJITA and OFFFICER E. NAVARRO, as well as previously dismissed defendants, CITY OF SANTA MONICA and CHIEF OF POLICE JACQUELINE SEABROOKS, through their respective attorneys of record, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the within action be dismissed with prejudice in its entirety, with neither party to pay any additional costs and attorney's fees, including attorney's fees under 42 U.S.C. §1988, other than as covered  by, and agreed to, in the Mutual Release of All Claims, fully executed by the parties on October 17, 2016, the

1 | Court hereby orders as follows:

2 |     The within action is dismissed with prejudice in its entirety, with neither party
3 | to pay any additional costs and attorney's fees, including attorney's fees under 42
4 | U.S.C. §1988, other than as covered by, and agreed to in, the Mutual Release of All
5 | Claims, fully executed by the parties on October 17, 2016.

7 | **IT IS SO ORDERED**

9 | **October 25, 2016.**

10 | Dated: _____     _____
11 |                                          HONORABLE S. JAMES OTERO
                                         United States District Court Judge